IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

STEVEN RICHARD NORRIS      PLAINTIFF

v.      No. 4:21CV111-GHD-RP

MISSISSIPPI STATE PENITENTIARY      DEFENDANT

**ORDER OF DISMISSAL**

The court takes up, *sua sponte*, the dismissal of this cause. On September 3, 2021, the court entered an order requiring the plaintiff, within 21 days, to complete and return various forms necessary for the expeditious administration of this case. The court cautioned the plaintiff that failure to comply with the order would result in the dismissal of this case without prejudice. Despite this warning, the plaintiff has failed to comply with the court's order, and the deadline for compliance passed on September 24, 2021. This case is therefore **DISMISSED** without prejudice for failure to prosecute and for failure to comply with an order of the court under FED. R. CIV. P. 41(b).

**SO ORDERED**, this, the 30th day of November, 2021.

_____
SENIOR UNITED STATES DISTRICT JUDGE